**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MELINDA WENTZ, | : | No. 197 MAL 2026 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior |
| v. | : | Court |
| | : | |
| | : | |
| DUSTIN WENTZ, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2026, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht files a concurring statement in which Justice McCaffery joins.